IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00164-WYD-CBS

SUSAN OUZTS,

    Plaintiff,

v.

ON-SITE MARKETING, INC., a Delaware Corporation,

    Defendant.

**ORDER**

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal Of Plaintiff's Fourth Claim For Relief With Prejudice [ECF No. 11], filed on March 6, 2013. After carefully reviewing the above-captioned case, I find that the stipulation should be approved and plaintiff, Susan Ouzts's, fourth claim for relief should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE. Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal Of Plaintiff's Fourth Claim For Relief With Prejudice [ECF No. 11], filed on March 6, 2013, is **APPROVED**. In accordance therewith, plaintiff, Susan Ouzts's, fourth claim for relief is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  March 7, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge