IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00164-WYD-CBS

SUSAN OUZTS,

    Plaintiff,

v.

ON-SITE MARKETING, INC., a Delaware Corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation Of Dismissal With Prejudice [ECF No. 25], filed on September 23, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Joint Stipulation Of Dismissal With Prejudice [ECF No. 25] is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  September 26, 2013.

                          BY THE COURT:

                          /s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior U.S. District Judge